USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACK STEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br>Defendants. | Case No. 1:24-cv-04702-JPC-SDA<br><br>CLASS ACTION |
| SIMONE BRUNOZZI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UIPATH, INC., DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br>Defendants. | Case No. 1:24-cv-05959-JPC-SDA<br><br>CLASS ACTION |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Adam C. McCall, for admission to practice *pro hac vice* in the above-captioned actions is granted. Applicant has declared that he is a member in good standing of the bar of the state of California and the bar of the District of Columbia; and that his contact information is as follows:

Adam C. McCall
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (212) 789-1340
Fax: (212) 205-3960
Email: amccall@bfalaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff and Proposed Lead Plaintiff Simone Brunozzi in the above-entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned actions in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: _____August 27_____, 2024

_____
HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE